Laura A. McCLELLAN, Appellant,

v.

R. L. PHINNEY, District Director of In-
ternal Revenue, et al., Appellees.

No. 21218.

United States Court of Appeals
Fifth Circuit.

May 13, 1964.

Rehearing Denied July 30, 1964.

William F. Billings, Fanning, Billings,
Harper, Pierce & Gilley, Dallas, Tex.,
for appellant.

Lawrence R. Schneider, Alan S. Rosen-
thal, Attys., Dept. of Justice, Washing-
ton, D. C., William O. Murray, Jr., First
Asst. U. S. Atty., San Antonio, Tex.,
John W. Douglas, Asst. Atty. Gen., Ern-
est Morgan, U. S. Atty., Dept. of Justice,
Washington, D. C., for appellees.

Before HUTCHESON, PRETTY-
MAN * and JONES, Circuit Judges.

PER CURIAM.

Laura A. McClellan was removed from
her position in the Internal Revenue
Service as an officer-intern. She brought
this suit in the District Court attacking
her removal as illegal and seeking rein-
statement with back pay. The court
found that the removal was "in accord-
ance with the applicable law and regula-
tions, and that all applicable procedural
requirements were met in effecting her
discharge." She had availed herself of

* Senior Circuit Judge of the District of Columbia Circuit, sitting by designation.

all applicable administrative procedures for review in the agency and before the Civil Service Commission.

We find no error. Hargett v. Summerfield, 100 U.S.App.D.C. 85, 243 F.2d 29 (1957), cert. denied 353 U.S. 970, 77 S. Ct. 1060, 1 L.Ed.2d 1137; Williams v. Cravens, 93 U.S.App.D.C. 380, 210 F.2d 874 (1954), cert. denied Williams v. Robbins, 348 U.S. 819, 75 S.Ct. 30, 99 L.Ed. 646; Powell v. Brannan, 91 U.S. App.D.C. 16, 196 F.2d 871 (1952).

Affirmed.